UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

ACE American Insurance Co.,
    Plaintiff

    v.                                    Civil No. 06-cv-066-SM

Fountain Powerboats, Inc., and
Silver Sands Marina, Inc.,
    Defendants

**O R D E R**

Granted (document no. 14).  Plaintiff has not objected to defendants' motion to dismiss Counts I and II of the complaint.  The motion is granted for the reasons given in defendants' motion and supporting memorandum of law.  Counts I and II are dismissed for failure to state a products liability claim as the only loss alleged is an economic loss to the allegedly defective product itself.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

October 5, 2006

cc:  Paul F. Cavanaugh, Esq.
    Timothy G. Sheedy, Esq.
    Dean B. Eggert, Esq.
    Michael S. Kinson, Esq.